COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNYSIDE DEVELOPMENT COMPANY, LLC

        Plaintiff,

-against-

OPSYS MANAGEMENT LIMITED, OPSYS LIMITED, CDT OXFORD LIMITED, CAMBRIDGE DISPLAY TECHNOLOGY, INC., CAMBRIDGE DISPLAY TECHNOLOGY LIMITED, BANK OF NEW YORK (as escrow agent), and SUMITOMO CHEMICAL CO., LTD.

        Defendants.



Case No. 7 2007

RULE 7.1 STATEMENT



OCT 17 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for each of the following defendants states:

- **Opsys Limited**, a private non-governmental party, has Cambridge Display Technology Limited as its direct parent corporation, and further states that there is no publicly held corporation that directly owns 10% or more of its stock.

- **CDT Oxford Limited**, a private non-governmental party, has Cambridge Display Technology Limited as its direct parent corporation, and further states that there is no publicly held corporation that directly owns 10% or more of its stock.

- **Cambridge Display Technology, Inc.**, a private non-governmental party, has Sumitomo Chemical Co., Ltd. as its direct parent corporation, and further states that there is no publicly held corporation that directly owns 10% or more of its stock.

- **Cambridge Display Technology Limited**, a private non-governmental party, has CDT Holdings, Ltd. as its direct parent corporation, and further states that there is no publicly held corporation that directly owns 10% or more of its stock.

New York, New York
Dated: October 17, 2007

        Respectfully submitted,

        PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Maria Galeno
Maria T. Galeno, Esq. (MG-6189)
John E. Davis, Esq. (JD-1445)
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for Defendants Opsys Limited, CDT Oxford Limited, Cambridge Display Technology, Inc., and Cambridge Display Technology Limited*

OF COUNSEL:
Bruce A. Ericson, Esq.
Alice K. M. Hayashi, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1500
Facsimile: (415) 983-1200

500178995v1