UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY, LLC,<br><br>                              Plaintiff,<br><br>-v-<br><br>OPSYS MANAGEMENT LIMITED; OPSYS LIMITED, CDT OXFORD LIMITED; CAMBRIDGE DISPLAY TECHNOLOGY, INC.; CAMBRIDGE DISPLAY TECHNOLOGY LIMITED; BANK OF NEW YORK (as escrow agent); and SUMITOMO CHEMICAL CO., LTD.,<br><br>                              Defendants. | **VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>07-CV-09320 |

      Pursuant to Rule 41(a)(1), Plaintiff Sunnyside Development Company, LLC hereby dismisses the action against Opsys Limited, CDT Oxford Limited, Cambridge Display Technology, Inc., Cambridge Display Technology Limited, Sumitomo Chemical Co., Ltd, and Bank of New York, without prejudice to Plaintiff's ability to recommence the action.

      Dated: October 23, 2007

                                                                       Sunnyside Development Company, LLC

                                                                       By: s/_____
                                                                       Christoph C. Heisenberg (CCH-8736)

                                                                       TRAIGER & HINCKLEY LLP
                                                                       880 Third Avenue, 9th Floor
                                                                       New York, New York  10022-4730
                                                                       (212) 759-4933