UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

                    Plaintiff,

-v-

OPSYS MANAGEMENT LIMITED; OPSYS LIMITED, CDT OXFORD LIMITED; CAMBRIDGE DISPLAY TECHNOLOGY, INC.; CAMBRIDGE DISPLAY TECHNOLOGY LIMITED; BANK OF NEW YORK (as escrow agent); and SUMITOMO CHEMICAL CO., LTD.,

                    Defendants.

**RULE 7.1 DISCLOSURE**

Case No. 07-CV-09320

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Sunnyside Development Company, LLC certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

    Dated: October 24, 2007

                                                                     s/_____
                                                                     Christoph C. Heisenberg

                                                        Attorney Bar Code:  CCH-8736