UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNNYSIDE DEVELOPMENT COMPANY, LLC,<br><br>                 Plaintiff,<br><br>-v-<br><br>OPSYS MANAGEMENT LIMITED; OPSYS LIMITED, CDT OXFORD LIMITED; CAMBRIDGE DISPLAY TECHNOLOGY, INC.; CAMBRIDGE DISPLAY TECHNOLOGY LIMITED; BANK OF NEW YORK (as escrow agent); and SUMITOMO CHEMICAL CO., LTD.,<br><br>                 Defendants. | **VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>07-CV-09320 (LLS) |

    Pursuant to Rule 41(a)(1)(A), Plaintiff Sunnyside Development Company, LLC hereby dismisses the action against Opsys Management Limited with prejudice, and with each party bearing its own costs and expenses.

    Dated: January 22, 2008

                                                  Sunnyside Development Company, LLC

                                                  By: s/_____
                                                    Christoph C. Heisenberg (CCH-8736)

                                                    TRAIGER & HINCKLEY LLP
                                                    880 Third Avenue, 9th Floor
                                                    New York, New York   10022-4730
                                                    (212) 759-4933