```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SUNNYSIDE DEVELOPMENT COMPANY, LLC,

             Plaintiff,

      - against -                           07 Civ. 9320 (LLS)

OPSYS MANAGEMENT LIMITED, OPSYS
LIMITED, CDT OXFORD LIMITED,
CAMBRIDGE DISPLAY TECHNOLOGY, INC.,
CAMBRIDGE DISPLAY TECHNOLOGY LIMITED,
BANK OF NEW YORK (as escrow agent),
and SUMITOMO CHENICAL CO., LTD.,

             Defendants.
----------------------------------------x
```

Plaintiff having voluntarily dismissed the action against defendant Opsys Management Limited with prejudice (with each party bearing its own costs and expenses) on January 22, 2008 (see Docket No. 7), and having voluntarily dismissed the action against the remaining defendants without prejudice on October 23, 2007 (see Docket No. 3), this action is dismissed.

The clerk will close this action.

So ordered.

Dated: New York, NY
       March 7, 2008

                                        _____
                                           Louis L. Stanton
                                              U.S.D.J.